UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| Julio Cesar Valle Vizcarra, | Case No. 2:26-cv-00336-CDS-BNW |
| Petitioner | **Dismissal Order** |
| v. | |
| John Mattos, | [ECF Nos. 1-1, 1-2] |
| Respondent | |

Petitioner Julio Cesar Valle Vizcarra, an immigration detainee, has filed a pro se petition for federal habeas corpus relief under 28 U.S.C. § 2241 and moved for the appointment of counsel. ECF Nos. 1-1, 1-2. However, this action is duplicative of the action the petitioner filed in case number 2:25-cv-02477-CDS-BNW. Accordingly, I dismiss this action without prejudice.

It is therefore ordered the petition **[ECF No. 1-1] is dismissed without prejudice** as duplicative. Further, a certificate of appealability is denied, as jurists of reason would not find dismissal of the petition for the reasons stated herein to be debatable or wrong.

It is further kindly ordered that the Clerk of Court to (1) file the petition (ECF No. 1-1), (2) enter final judgment, and (3) close this case.

Dated: February 11, 2026

_____
Cristina D. Silva
United States District Judge