AO450 (NVD Rev. 7/31/24)   Judgment in a Civil Case

# UNITED STATES DISTRICT COURT
### DISTRICT OF NEVADA

Julio Cesar Valle Vizcarra,

                Petitioner,

v.

John Mattos,

                Respondent.

JUDGMENT IN A CIVIL CASE

Case Number: 2:26-cv-00336-CDS-BNW

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☐ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

☒ **Decision by Court.** This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that the Petition for Writ of Habeas Corpus is dismissed without prejudice as duplicative. This case is closed.

2/12/2026
Date

DEBRA K. KEMPI
Clerk

/s/ ALF
Deputy Clerk